# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of<br><br>A&J UTILITY CONTRACTORS, INC.,<br><br>Plaintiff(s),<br>v.<br><br>OPPORTUNITY CONSTRUCTION COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant(s). | CASE NO. C06-5033RBL<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER A STATISTICAL TERMINATION |

Pursuant to the Joint Motion for an Order to Stay the Proceedings for Mandatory Arbitration, it appears that this matter will remain in an inactive status for a substantial period of time. The Court hereby orders the Clerk to enter a statistical termination of this case..

Counsel should note that this termination is intended solely to remove this matter from the court's docket of active pending cases in order to alleviate congestion of the court's docket. At such time as the parties deem this litigation to be in a posture to proceed before this court, they shall file a motion to reopen and the matter will proceed. The motion to reopen shall be filed in the above-referenced cause number, no new case need be filed nor will additional filing fees be required. For purposes of statutes of limitations, the court deems the filing date of this litigation to be and to remain the original filing date of the above-entitled case.

All pending motions, deadlines and hearings, if any, shall be stricken as moot.

IT IS SO ORDERED this 20th day of April, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order -1